AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

GINSENG BOARD OF WISCONSIN, INC., )
*Plaintiff* )
v. ) Case No.  3:15-cv-00533-slc
UUSTAR CORPORATION et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uustar Corporation, WOHO Natural, Inc., Yanquing Li and Chang Su     .

Date:   09/30/2015

/s/ Peter N. Jansson
*Attorney's signature*

Peter N. Jansson (WI Bar #1052298)
*Printed name and bar number*
Jansson Munger McKinley & Shape Ltd.
601 Lake Avenue
Racine, WI 53403

*Address*

pjansson@janlaw.com
*E-mail address*

(608) 632-6900
*Telephone number*

(608) 632-2257
*FAX number*

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 30th day of September, 2015 a copy of the foregoing **Appearance of Counsel** was filed with the Clerk of Court using the CM/ECF system which will send notification to opposing counsel at the following address:

    Mr. Michael T. Hopkins
    Hopkins McCarthy LLC
    P.O. Box 510138
    Milwaukee, WI 53203
    mth@ip-lit.us

            */s/ Peter N. Jansson*
            Peter N. Jansson
            *Attorney for Defendants*